AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

FILED

FEB - 5 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA

v.

MARIO SAMANIEGO-CANTO

WAIVER OF INDICTMENT

CASE NUMBER: 08CR281 - BEN

I, MARIO SAMANIEGO-CANTO, the above named defendant, who is accused committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on  2/5/08  prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X Mario Samaniego Cantu
Defendant

Sara Peloza
Counsel for Defendant

Before _____
JUDICIAL OFFICER