# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
)
vs )
)
*Mario Samaniego - Canto* )
)
)

CASE NUMBER ___*08CR0281-BEN*___

ABSTRACT OF ORDER

Booking No._____

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of_____*4/2/08*_____

the Court entered the following order:

✱ ✓_____ Defendant be released from custody. *as to this case only*

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release

and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for_____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:

_____dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

✓ _____ Case Dismissed. *(oral mot of Gov't)*

___⊖___ Defendant to be released to Pretrial Services for electronic monitoring.

✱ ✓_____ Other. *Dft pending in criminal case #08CR0800-BEN*

_____
ANTHONY J. BATTAGLIA
UNITED STATES MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.  Clerk
by_____
Deputy Clerk

Received_____
DUSM

Crim-9    (Rev 6-95)

✱ U.S. GPO: 1996-783-398/40151

**CLERKS' COPY**