## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. vs. **MARIO SAMANIEGO-CANTO**              No. **08CR0281-BEN**

HON. **ANTHONY B. BATTAGLIA**    Tape No. **AJB08-1:10:38-10:42 time (2 min)**

Asst. U.S. Attorney **Carlos Cantu**              PTSO _____

|  |  |  | # | Status |
|---|---|---|---|---|
| Atty FD Sara Peloquin | X Apt ___ Ret for _____ | (1) | (C) |
| _____ | ___ Apt ___ Ret for _____ | ( ) | ( ) |
| _____ | ___ Apt ___ Ret for _____ | ( ) | ( ) |
| _____ | ___ Apt ___ Ret for _____ | ( ) | ( ) |
| _____ | ___ Apt ___ Ret for _____ | ( ) | ( ) |
| _____ | ___ Apt ___ Ret for _____ | ( ) | ( ) |
| _____ | ___ Apt for Material Witness(es) |  |  |

PROCEEDINGS:     ___ In Chambers     X In Court     ___ By Telephone

**Status conference held. Governments oral motion to dismiss the Information - Granted. Motion Hearing /Trial Setting set for 4/7/08 @ 2:00pm before District Judge Benitez is hereby vacated. Abstract issued to U.S. Marshals.**

Date    4/2/08                                IF  [signature]
                                              Deputy's Initials