# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                    Plaintiff,

          vs.

MARIO SAMANIEGO-CANTO,

                    Defendant.

CASE NO. 08CR0281-BEN


**JUDGMENT OF DISMISSAL**

          IT APPEARING that the defendant is now entitled to be discharged for the reason that:

____  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

_X_   the Court has dismissed the case for unnecessary delay; or

____  the Court has granted the motion of the Government for dismissal; or

____  the Court has granted the motion of the defendant for a judgment of acquittal; or

____  a jury has been waived, and the Court has found the defendant not guilty; or

____  the jury has returned its verdict, finding the defendant not guilty;

____  of the offense(s) of:

          IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.


DATED:  April 10, 2008

                                        _____
                                        Hon. Anthony J. Battaglia
                                        U.S. Magistrate Judge
                                        United States District Court