UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     vs.<br><br>MARIO SAMANIEGO-CANTO,<br><br>                Defendant. | CASE NO. 08CR0281-BEN<br><br>**<u>AMENDED</u>**<br><br>JUDGMENT OF DISMISSAL |

     IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___    the Court has dismissed the case for unnecessary delay; or

_X_    the Court has granted the motion of the Government for dismissal; or

___    the Court has granted the motion of the defendant for a judgment of acquittal; or

___    a jury has been waived, and the Court has found the defendant not guilty; or

___    the jury has returned its verdict, finding the defendant not guilty;

___    of the offense(s) of:

     IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.


DATED: April 14, 2008

                                                _/s/ Battaglia_
                                                Hon. Anthony J. Battaglia
                                                U.S. Magistrate Judge
                                                United States District Court