UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>MARIO SAMANIEGO-CANTO,<br><br>　　　　　　　Defendant. | CASE NO. 08CR0281-BEN<br><br>JUDGMENT OF DISMISSAL |

FILED
APR 15 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

____ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

__X__ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

____ of the offense(s) of:

　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: April 10, 2008

I have executed within Judgment of dismissal
Judgment and Commitment on 4/12/08
United States Marshal
By: _____
USMS Criminal Section

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court